PAUL J. LEEDS, ESQ. (Bar No. 214309)
pleeds@fsl.law
MEREDITH KING, ESQ. (Bar No. 280043)
mking@fsl.law
FRANKLIN SOTO LEEDS LLP
444 WEST C STREET, SUITE 300
SAN DIEGO, CA 92101
TEL: 619.872.2520

Counsel for the
*Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br>ALLSTATE LENDING GROUP, INC.,<br><br>Debtor. | LEAD CASE NO. 2:26-bk-11879-NB<br><br>CHAPTER 11<br><br>(JOINTLY ADMINISTERED with Case No. 2:26- bk-11882-NB)<br><br>**STIPULATION FOR ORDER GRANTING COMMITTEE STANDING TO INVESTIGATE, COMMENCE, PROSECUTE, RESOLVE, AND SETTLE CERTAIN CLAIMS AND CAUSES OF ACTION BELONGING TO DEBTORS** |
| ☒ Affects All Debtors<br><br>☐ Affects Allstate Lending Group, Inc.<br><br>☐ Affects Allstate Lending Group Servicing LLC | Case Filed: February 27, 2026<br><br>**NO HEARING REQUIRED** |

**TO THE HONORABLE NEIL W. BASON, UNITED STATES BANKRUPTCY JUDGE, THE UNITED STATES TRUSTEE, AND OTHER INTERESTED PARTIES:**

This Stipulation for Order Granting Committee Standing to Investigate, Commence, Prosecute, Resolve, And Settle Certain Claims and Causes of Action Belonging to Debtors (the "Stipulation") is entered into as of November 2, 2026 by and between Chapter 11 Debtors Allstate Lending Group, Inc. ("ALGI") and Allstate Lending Group Servicing LLC ("ALGS," and together with ALGI, the "Debtors"), by and through their chief restructuring officer, on the one hand, and the Official Committee of Unsecured Creditors (the "Committee") (and together with the Debtors, the "Parties"), on the other hand. The Parties agree, subject to the approval of the United States Bankruptcy Court for the Central District of California, as follows:

## RECITALS

1. On February 27, 2026, each of the Debtors filed voluntary petitions for relief under chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Central District of California (the "Court"). The cases are being jointly administered and ALG's case, Case No. 2:26-bk-11879-NB, was designated as the lead case. The Debtors are operating their businesses, managing their financial affairs, and administering their bankruptcy estates as debtors-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy Code. Howard Grobstein is the Debtors' chief restructuring officer.

2. On March 18, 2026, the United States Trustee appointed the Committee pursuant to the authority granted under section 1102 of the Bankruptcy Code.

3. The CRO has been investigating potential claims and causes of action against the principals of the Debtors as well as related causes of action under relevant sections of chapter 5 of the Bankruptcy Code. These claims and causes of action include, but are not limited to, claims related to certain pre-petition transactions

between the Debtors, Michael Scannell ("Scannell"), any and all entities owned, controlled, or affiliated with Michael Scannell (collectively, the "Scannell Entities"), and all subsequent transferees of any transfers made by or through Scannell or the Scannell Entities. The potential claims and causes of action against Scannell, the Scannell Entities, and subsequent transferees are collectively referred to as the "Claims."

4. The Ninth Circuit and courts within the Ninth Circuit have consistently held committees have authority to pursue claims on behalf of the estate when standing is conferred to the committee either via a motion or a stipulation with the debtor. *See In re Parmetex, Inc.*, 199 F.3d 1029 (9th Cir. 1999) (holding that trustee could stipulate to committee's authority to pursue claims on behalf of the estate); *In re Spaulding Composites Co., Inc.*, 207 B.R. 899, 904 (B.A.P. 9th Cir. 1997) ("So long as the bankruptcy court exercises its judicial oversight and verifies that the litigation is indeed necessary and beneficial, allowing a creditors' committee to represent the estate presents no undue concerns"); *see also In re Curry and Sorensen*, 57 B.R. 824, 828 (B.A.P. 9th Cir. 1986) ("[t]he exclusive power to commence avoidance actions vested in trustees and debtors-in possession is permissive rather than mandatory . . . [T]he creditor may move to . . . gain court permission to institute the action itself."); 11 U.S.C. § 1103(c)(5) ("A [creditors] committee … may … perform such other services as are in the interest of those represented.").

5. The Debtors and the Committee want to limit the possibility of costly and duplicative investigations with regards to Scannell and the Scannell Entities. Accordingly, the Debtors and the Committee have agreed that the Committee be granted derivative standing over, and take assignment of, the Claims for the purposes of investigating, commencing, prosecuting, resolving, and settling such Claims on behalf of the Debtors' estates.

6. The Debtors have determined, in the exercise of their business judgment, that it is in the best interests of the estates and their creditors to grant the


FRANKLIN SOTO LEEDS LLP

Committee standing to investigate, commence, prosecute, resolve, and, if appropriate and necessary, settle the Claims on behalf of the Debtors' estates.

**STIPULATION**

Based on the foregoing recitals, which are fully incorporated herein, the Parties stipulate and agree as follows:

A. The Debtors consent to the Committee having standing and authority to investigate, commence, prosecute, resolve, and, if appropriate and necessary, settle the Claims.

B. The Debtors shall cooperate with the Committee in connection with the investigation, commencement, prosecution, resolution, and settlement of the Claims and provide access to relevant documents, data, records and other information reasonably necessary to such investigation, prosecution and/or resolution.

C. The Committee's authority agreed to herein to settle or resolve any Committee Claims is subject to the approval of the Bankruptcy Court pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure.

D. The Parties agree that all rights and powers of the Debtors in connection with the Claims, without limitation, shall be vested in the Committee.

E. Nothing contained herein shall impair or otherwise constitute a waiver of any rights, claims, interests, or defenses related to any such Claims.

F. The Committee reserves the right to seek Court approval on the expansion and/or clarification of its scope and power as to both claims and parties.

G. This Stipulation is subject to approval by the Bankruptcy Court and, absent such approval, shall be void and have no force or effect.

[*signatures on the following page*]

DATED: November 2, 2026

**RAINES FELDMAN LITTRELL LLP**

By: ______________________________
KYRA E. ANDRASSY, ESQ.

Counsel for
*Allstate Lending Group, Inc. and Allstate Lending Group Servicing LLC*

DATED: November 2, 2026

**FRANKLIN SOTO LEEDS LLP**

By: ______________________________
PAUL J. LEEDS, ESQ.
MEREDITH KING, ESQ.

Counsel for the
*Official Committee of Unsecured Creditors*

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**444 WEST C ST., SUITE 300, SAN DIEGO, CA 92101**

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION FOR ORDER GRANTING COMMITTEE STANDING TO INVESTIGATE, COMMENCE, PROSECUTE, RESOLVE, AND SETTLE CERTAIN CLAIMS AND CAUSES OF ACTION BELONGING TO DEBTORS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **11/16/26**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) **11/16/26**, I caused to be served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)________________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

***NO JUDGE'S COPIES PER PROCEDURES OF JUDGE BASON, PART IV(B)**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 11/16/26 | Sophia Sanchez | */s/ Sophia Sanchez* |
| *Date* | *Printed Name* | *Signature* |

**SERVICE LIST**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **DEBTOR'S ATTORNEYS:**
- **Kyra E Andrassy** kandrassy@raineslaw.com, bclark@raineslaw.com; csantiago@raineslaw.com;
- **Steven Blake** steve@blakelawca.com, andrew@blakelawca.com;hang@blakelawca.com
- **Stephen M. Mott** smott@raineslaw.com, csantiago@raineslaw.com;bclark@raineslaw.com
- **UNITED STATES TRUSTEE (LA)**: ustpregion16.la.ecf@usdoj.gov
- **TRUSTEE: Ron Maroko** ron.maroko@usdoj.gov
- **Bashar Ahmad** bahmad@boutinjones.com, cdomingo@boutinjones.com
- **Michael F Chekian** mike@cheklaw.com, chekianmr84018@notify.bestcase.com
- **Brian D. Cronin** brian@briancroninlaw.com
- **Thomas M Geher** tgeher@jeffer.com, bt@jmbm.com;tmg@ecf.courtdrive.com
- **Evelina Gentry** evelina.gentry@akerman.com, eileen.lewis@akerman.com;reyko.delpino@akerman.com
- **Richard H Golubow** rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **Arnold L Graff** agraff@wrightlegal.net, nvbkfiling@wrightlegal.net;jpowell@wrightlegal.net
- **Vanessa M Haberbush** vhaberbush@lbinsolvency.com, dhaberbush@lbinsolvency.com,ahaberbush@lbinsolvency.com,abostic@lbinsolvency.com,haberbush.assistant@gmail.com,jborin@lbinsolvency.com,lbogard@lbinsolvency.com
- **James P Hill** jhill@fennemorelaw.com, lgubba-reiner@fennemorelaw.com;hill@ecf.inforuptcy.com;kcashman-kramer@fennemorelaw.com;hill@ecf.courtdrive.com;kramer.kathleenc.r97749@notify.bestcase.com
- **Sophie Rae Jeltema** sjeltema@raineslaw.com, csantiago@raineslaw.com,bclark@raineslaw.com
- **Gregory K Jones** gjones@stradlinglaw.com, smjohnson@sycr.com;smjohnson@stradlinglaw.com
- **Andrew Still** astill@swlaw.com, kcollins@swlaw.com
- **Thomas B Ure** tom@urelawfirm.com, urelawfirm@jubileebk.net;tom@ecf.courtdrive.com
- **Jonathan Weininger** JWeininger@jeffer.com
- **Dennis J Wickham** wickham@scmv.com, nazari@scmv.com

2. **TO BE SERVED BY UNITED STATES MAIL**:
The following is the list of parties who are currently on the list to receive mail service for this case.

**DEBTOR:**
Allstate Lending Group, Inc.
2540 Corporate Place, #B108
Monterey Park, CA 91754

**DEBTOR:**
Allstate Lending Group, Inc.
Attn: Michael Scannell, CEO
2540 Corporate Park Place, #B108
Monterey Park, CA 91754
Agent for Service of process

**DEBTOR:**
Allstate Lending Group, Inc.
c/o Howard B. Grobstein, CRO
6300 Canoga Avenue, #1500W
Woodland Hills, CA 91367

**DEBTOR'S COUNSEL:**
Kyra E. Andrassy
RAINES FELDMAN LITTRELL LLP
41675 MacArthur Court, #1550
Newport Beach, CA 92660

Stephen M. Mott
RAINES FELDMAN LITTRELL LLP
1900 Avenue of the Stars 19th Fl
Los Angeles, CA 90067

**U.S. TRUSTEE**:
Office of the United States Trustee
915 Wilshire Blvd., #1850
Los Angeles, CA 90017

**COUNSEL FOR U.S. TRUSTEE**:
Attn: Ron Maroko
Office of the United States Trustee
915 Wilshire Blvd., #1850
Los Angeles, CA 90017 (con't)

****20 LARGEST UNSECURED CREDITORS****

Marks Capital
Attn: Michael Marks
512 Via De La Valle, Ste 300
Solana Beach, CA 92075

Jay Refold
270F N Camino Real; #295
Encinitas, CA 92024

C-Family Investments
Attn: Chris Cornella
2730 N 9th Street
Canon City, CO 81212

Trmy Inc
5840 W Craig Rd., #120-132
Las Vegas, NV 89630

Valerie Weiss
920 Chester Avenue
San Marino, CA 91108

Greg Perrine
256 Palmer Street
Costa Mesa, CA 92627

King Family Investments
5120 Avenida Encinas
Carlsbad, CA 92008

Jay Cervenka LT Trust
211 W Paseo De Cristobal
San Clemente, CA 92672

Jeff Keenan
725 10th Street
Manhattan Beach, CA 90266

Steve Mergenthaler
455 Hillcrest Dr
Encinitas, CA 92024

Scott Hackman
4637 N Painted Sky Dr
St George, UT 84770

Brett Perrine
26571 Stetson Pl
Laguna Hills, CA 92653

Don Edge
887 Delgado Pl
Escondido, CA 92025

Denise Cervenka IRA
2012 Craig Avenue
Altadena, CA 91001

Patrick Obrien
1624 Via Sage
San Clemente, CA 92673

Michael Marks
17153 Calle Corte #2061
Rancho Santa Fe, CA 92067

Grant Michelson
1242 El Vago St
La Canada, CA 91011

Jon Woodruff
585 Oakfield Lane
Menlo Park, CA 94025

Eric Pearson
427 E 17th Street
Suite F-483
Costa Mesa, CA 92627

Aron Abecassis, Trustee of the Aron
Abecassis Rev Trust Dtd 4/14/04
Todd Chvat / Wright, Finlay & Zak
4665 MacArthur Ct., Suite 200
Newport Beach, CA 92660